**IN THE COURT OF APPEALS OF IOWA**

No. 16-0338
Filed March 8, 2017

**IN RE THE MARRIAGE OF HEATHER DAWNE JOBES
AND JAMES ANTHONY JOBES**

**Upon the Petition of
HEATHER DAWNE JOBES,**
        Petitioner-Appellee,

**And Concerning
JAMES ANTHONY JOBES,**
        Respondent-Appellant.
_____

        Appeal from the Iowa District Court for Harrison County, Kathleen A.

Kilnoski, Judge.

        James Jobes appeals from provisions of the decree dissolving his

marriage to Heather Jobes.  **AFFIRMED.**

        Jon J. Puk of Woodke & Gibbons, P.C., L.L.O., Omaha, Nebraska, for

appellant.

        Jill K. Harker of JK Harker Law, P.C., L.L.O., Omaha, Nebraska, for

appellee.

        Considered by Potterfield, P.J., and Doyle and Tabor, JJ.

**DOYLE, Judge.**

James Jobes appeals the district court's decree dissolving his twenty-two year marriage to Heather Jobes. James asserts the district court erred or abused its discretion in (1) finding Heather's earnings in the future would not increase from her present income, (2) awarding Heather traditional alimony for the duration of her life, and (3) ordering James to pay a portion of Heather's trial attorney fees. Upon our de novo review of the record, *see* Iowa R. App. P. 6.907, along with a careful study of the briefs and the district court's ruling, we approve of the reasons and conclusions reached by the district court, and we see no reason to disturb its ruling. The district court wrote a thoughtful and considered ruling. Its factual findings are fully supported by the record, and the court accurately applied the governing legal and equitable principles. Because a full opinion would not augment or clarify existing case law, and we agree with the district court's reasons and conclusions, we affirm the district court's decree without further opinion. *See* Iowa Ct. R. 21.26(1)(d) and (e).

Heather requests an award of appellate attorney fees. Awarding appellate attorney fees in dissolution cases rests within our discretion, and we consider the requesting party's needs, the other party's ability to pay, and whether the party was required to defend the district court's decision on appeal. *See In re Marriage of McDermott*, 827 N.W.2d 671, 687 (Iowa 2013). After carefully considering these factors, we award Heather $2000 in appellate attorney fees. Costs are assessed to James.

**AFFIRMED.**